160 A.3d 556

**SILVER–SPARTA**

v.

**MOORE**

**Pet. Docket No. 12, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Dismissed by the Court of Special Appeals (No. 1128, Sept. Term, 2016).

Petition for writ of certiorari denied.

■

160 A.3d 556

**SMITH, Wayde Andrew, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 639, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 215, Sept. Term, 2015).

Petition for writ of certiorari denied.